AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED District of Massachusetts
IN CLERK'S OFFICE

2003 DEC -4 P 2:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

ZIH Corp.

V.

Paxar Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 CV 12358 DPW**

TO: (Name and address of Defendant)

Paxar
15 R. Mechanic St.
Foxboro, MA  02035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Kline
Christopher W. Stamos
Brian M. Gaff
TESTA, HURWITZ & THIBEAULT, LLP
125 High St.
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



11-21-03

CLERK                                    DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE |
| --- | --- |
|  | November 24, 2003 |

| NAME OF SERVER | TITLE |
| --- | --- |
| JOSEPH OLINTO | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other:    By handing true and attested copies thereof to   **Mr. Kevin Kemp, Regional Director of Sales and**
Duly Authorized Agent for the within-named_____**Defendant, Paxar Corporation.**_____
Said service was made at:
**15 R. Mechanic Street, Foxboro**_____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  | $ 41.00 | $ 41.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____November 24, 2003_____       *Joseph Olinto*
              Date                                Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
| --- | --- | --- | --- |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |

**DUE & DILIGENT SEARCH:**   $ _____.00     No service was made    TOTAL   $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
| --- | --- | --- |
| Massachusetts Constables since 1925 | Boston, MA 02109 | Fax #        (617) 720-5737 |