UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIH CORP., | ) |
| Plaintiff, | ) CA No. 03-CV-12358-DPW |
| | ) (Alexander, M.J.) |
| v. | ) |
| PAXAR CORPORATION | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE FOR ERIK PAUL BELT, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the Defendant, Paxar Corporation, in the above-captioned case.

Dated: December 12, 2003

/s/ Erik Paul Belt, Esq.
Lee Carl Bromberg, BBO# 058480
Erik Paul Belt, BBO# 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: ebelt@bromsun.com

00002/00001 285124.1