UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIH CORP., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>PAXAR CORPORATION )<br>)<br>    Defendant. )<br>) | CA No. 03-CV-12358-DPW<br>(Alexander, M.J.) |

NOTICE OF APPEARANCE FOR LEE CARL BROMBERG, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the Defendant, Paxar Corporation, in the above-captioned case.

Dated: December 12, 2003

/s/ Lee Carl Bromberg, Esq.
Lee Carl Bromberg, BBO# 058480
Erik Paul Belt, BBO# 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: lbromberg@bromsun.com

00002/00001 285129.1