# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZIH CORP., | ) |
| Plaintiff, | ) CA No. 03-CV-12358-DPW |
|  | ) (Alexander, M.J.) |
| v. | ) |
| PAXAR CORPORATION | ) |
| Defendant. | ) |

## PAXAR CORPORATON'S LOCAL RULE 7.3 CORPORATE DISCLOSURE

Pursuant to the Court's Local Rule 7.3(A), Defendant, Paxar Corporation, states as follows:

Paxar Corporation has no parent corporation; and

There is no publicly traded company that owns 10% or more of Paxar Corporation's stock.

Date:  December 12, 2003

Respectfully submitted,

PAXAR CORPORATION
*By its Attorneys*,

 /s/ Erik Paul Belt
Lee Carl Bromberg, BBO # 058480
Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel: 617-443-9292
Fax: 617-443-0004
Email: ebelt@bromsun.com

Co-Counsel :                          Jean Dudek Kuelper, Esq.
                                      Steven J. Hampton, Esq.
                                      Sandra A. Frantzen, Esq.
                                      McANDREWS, HELD & MALLOY LTD.
                                      500 West Madison Street, Suite 3400
                                      Chicago, IL  60661
                                      Telephone: (312) 775-8000
                                      Facsimile: (312) 775-8100

00001/00001  285136.1