IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 15 P 4: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ZIH CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAXAR CORPORATION | ) |
| | ) |
| Defendant. | ) |

CA No. 03-CV-12358-DPW
(Alexander, M.J.)

FILING FEE PAID: *2560*
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE 12/18/03

## UNOPPOSED MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The undersigned, Erik Paul Belt, a member of the bar of this Court, moves pursuant to Local

Rule 83.5.3(b) for the admission *pro hac vice* of Jean M. Dudek, Steven J. Hampton, and Sandra A.

Frantzen, all of the law firm McAndrews, Held & Malloy of Chicago, Illinois.   Attorneys Dudek,

Hampton, and Frantzen will represent the defendant, Paxar Corporation.

As stated in the accompanying certificates (attached as Exhibits A, B, and C, respectively),

Attorneys Dudek, Hampton, and Frantzen are all members of the Bar of the State of Illinois, as well

numerous federal bars, including the bars of the United States Court of Appeals for the Federal

Circuit and the United States District Court for the Northern District of Illinois. They are all in good

standing in every jurisdiction in which they have been admitted to practice.   Also, there are no

disciplinary proceedings pending against them as members of the bar in any jurisdiction, court, or

agency.   Attorneys Dudek, Hampton, and Frantzen  all declare that they are familiar with the Local

Rules of the United States District Court for the District of Massachusetts.

Lee Carl Bromberg and Erik Paul Belt, partners in the Boston law firm Bromberg & Sunstein LLP, are also appearing in this action on behalf of Paxar Corporation and will continue to represent Paxar as local counsel.   Messrs. Bromberg and Belt are members in good standing of the bar of this Court.

The required admission fees for appearing *pro hac vice* ($50.00 for each attorney, or $150.00 total) accompany this motion

Plaintiff does not oppose the admission of Attorneys Dudek, Hampton, and Frantzen.

ACCORDINGLY, Erik Paul Belt respectfully requests that Jean M. Dudek, Steven J. Hampton, and Sandra A. Frantzen be admitted to the bar of this Court for purposes of the above-captioned action.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that, on December 12, 2003, I conferred by telephone with counsel for the plaintiff, Douglas A. Kline, Esq., in a good faith attempt to resolve or narrow the issues presented by this motion.  Mr. Kline stated that Plaintiff does not oppose the admission of Attorneys Dudek, Hampton, and Frantzen.

Dated: December 15, 2003

Lee Carl Bromberg, BBO # 058480
Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
(617) 443-9292

*Attorneys for*
PAXAR CORPORATION

2

<u>CERTIFICATE OF SERVICE</u>

I certify that, on the above date, a true copy of this document was served by Hand Delivery on counsel of record for the plaintiff, Douglas J. Kline, Esq., of Testa, Hurwitz & Thibeault, LLP, 125 High Street, Boston, MA 02110-2704.

Erik Paul Belt

00001/00001  285151.1

3