UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIH Corp.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Paxar Corporation,<br><br>　　　　　Defendant. | C.A. No.: 1:03-cv-12358-DPW |

**ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE
OF WILLIAM A. MEUNIER**

Brian M. Gaff, an attorney at the law firm of Testa, Hurwitz & Thibeault, LLP, and a member in good standing of the bar of this Court, respectfully requests that this Court, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, enter an Order authorizing William A. Meunier to appear *pro hac vice* in the above-captioned case on behalf of plaintiff ZIH Corp. for the following reasons:

　　　1.　　ZIH Corp. is the plaintiff in the above-captioned matter;

　　　2.　　ZIH Corp. has retained Testa, Hurwitz & Thibeault, LLP to represent its interests in this adversary proceeding and William A. Meunier is among its attorneys.

　　　3.　　Mr. Meunier has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto, certifying that:

　　　　　A.　　He is a member in good standing of the bar of the highest court of the State of Illinois.  Mr. Meunier is registered to practice before the United States Patent and Trademark Office;

　　　　　B.　　He is familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts; and

　　　　　C.　　There are no disciplinary proceedings pending against him as a member of

the bar in any jurisdiction.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of William A. Meunier .

### CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

On December 30, 2003, Brian M. Gaff, counsel for ZIH Corp. spoke with opposing counsel, Eric Paul Belt, Esq., and he assented to this motion.

Dated:   December 31, 2003                                   Respectfully submitted,

/s/ Brian M. Gaff
Brian M. Gaff, Esq., BBO# 642297
Testa, Hurwitz & Thibeault, LLP
High Street Tower
125 High Street
Boston, Massachusetts  02110-2704
Phone: (617) 310-8085
Fax: (617) 790-0332
Email: gaff@tht.com

*(Filed electronically – Certificate of Service not required.)*

2721686