UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIH Corp.,<br><br>            Plaintiff,<br><br>      v.<br><br>Paxar Corporation,<br><br>            Defendant. | C.A. No.: 1:03-cv-12358-DPW |

### AFFIDAVIT IN SUPPORT OF
### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

William A. Meunier being duly sworn, deposes and says:

1.  I am an associate with the law firm of Testa, Hurwitz & Thibeault, LLP, attorneys for Plaintiff ZIH Corp. As such, I am familiar with the facts of this action and the matters set forth herein.

2.  I submit this Affidavit in support of my application to be admitted, pursuant to Local Rule 83.5.3, as counsel *pro hac vice* in this matter.

3.  Pursuant to Local Rule 83.5.3, I certify the following:

    A.  I was admitted to the Bar of the Illinois on May 9, 1996, and I am admitted to practice in the State of Illinois and the United States Patent and Trademark Office. I am a member in good standing in every jurisdiction where I have been admitted to practice.

    B.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

    C.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  I respectfully request that this Court admit me to practice *pro hac vice* for the purpose of appearing for and representing Plaintiff ZIH Corp. in this action.

5.  The required fee is being submitted with this Motion.

Dated: December 31, 2003                    Respectfully submitted,

*William A. Meunier*
William A. Meunier, Esq.
Testa, Hurwitz & Thibeault, LLP
High Street Tower
125 High Street
Boston, Massachusetts 02110-2704
Phone: (617) 310-8313
Fax: (617) 790-0201
Email: meunier@tht.com

Sworn to me before this 31st day of December, 2003.



_____
Notary Public

BRIAN M. GAFF
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 14, 2006

2721696