


Wednes...
Inves...

## Overview

Corporate

### Corporate Profile

Paxar Corporation is a global leader in providing innovative merchandising systems to retailers and apparel manufacturers. Paxar's concept to checkout capabilities, global manufacturing operations, worldwide distribution network and brand recognition are enabling the Company to expand its competitive advantage and market share.

Paxar brings to its customers a fusion of innovative fashion ideas and technological expertise to help them achieve retailing success. The Company's business includes the design, manufacture and distribution of a wide variety of tags and labels, including bar-coded labels, as well as printers and the associated supplies for customers who prefer the flexibility of creating labels and tags on an "as-needed" basis in their facilities. Product design, process reengineering and data management services are becoming more important as Paxar continues to differentiate itself as a global leader.

Paxar has core competencies that range from graphic design to coating, weaving, design of mechanical and electronic printers, systems integration and creation of software.






A
N
Ana
Di
Earni
Ev

PAXAR
105 Corporate Park Dr.
White Plains, NY 10604
914.697.6800 V
914.697.6894 F
© 2002 PAXAR
all rights reserved.



### Shareholder Information

**Exchange**

New York Stock Exchange

**Stock Quote (PXR)**

13.85 +0.02 (+0.14%)
As of 31-Dec-2003 9:30 AM
Minimum 20 minutes delayed

**S&P 500**

1111.32 (+0.15%)

**DJIA**

10447.26 (+0.21%)

**Listed Security**

PXR Common Stock

**Corporate Counsel**

Snow Becker Krauss P.C., Attorneys

605 Third Avenue
New York, NY 10158

**Transfer Agent**

Mellon Investor Services, LLC
Overpeck Centre
85 Challenger Road
Ridgefield Park, NJ 07660
Phone (800) 548-4857
URL http://www.mellon-investor.com

**IR Contact**

Robert M. Powers
Vice President, Investor Relations
Email: investorel@paxar.com
Home Page: www.paxar.com


