







### Bar Code Printers

- Do you need to print crisp accurate bar codes at full speed?
- Would you like to eliminate remote batch printing and keep employees on the dock?
- Are you looking for ways to move volume merchandise more efficiently?

**Paxar's Printing Systems are the answer!**
Batch labeling takes employees off the dock and slows you down. Bar code errors bring shipping delays and costly fines. A high-performance bar code printer moves merchandise quickly and accurately boosting your bottom line.

**New! Order In-Stock Supplies**

| | |
|---|---|
| 9800® Series Printers | View Samples |
| Paxar Pathfinder® Ultra® Silver 6032™ Printer | View Samples |
| Paxar Pathfinder® Ultra® Gold 6037™ Printer | View Samples |
| Paxar® Sierra Sport2™ 9460™ Portable Printer | View Samples |
| Sierra Sport3R™ 9430R™ | View Samples |
| 9490™ Renegade™ | View Samples |
| 9403® Printer | View Samples |

**Order Here!**

**Supplies....without limits!**
Just like our printers, a lot of engineering and expertise was put into the development of our supplies. For smooth and reliable performance, nothing works better in a thermal printer than Paxar supplies! From labels and tags to linerless and fan-fold, Paxar can develop the right combination of face sheets and adhesives to meet the exact requirements of any application.

**Hot Topics**

Sunrise 2005 Initiative - Is there a new U.P.C.?
Bluetooth - Background



 Genie

**Products**
Bar Code
Graphics
Printed Labels
Product Labele
Apparel Syster
Woven Lab
Virtual Literature Ra
Rapid Respon
Security Solutior

[Search box]

**9825™ Tabletop Bar Code Printer**
Move merchandise more quickly and accurately through the supply chain



**Paxar® 9855™ Table Top Bar Code Printer**
Value. Speed. Durability. Connectivity. Find out more on this new printer.



**9860™ Bar Code Ticketing System**
Increase productivity and save money with your tag production system. There is more with this lastest printer.



**9876™ Mobile Work Station**
Paxar's Mobile Printing Solutions...the Industry's Premier Integrated Solution for Bringing the Printing to the Product

**In-line Printer Applicator**
Perfect for continuous print-apply bar code labeling, this durable printer-applicator is designed for speed, accuracy and variable height requirements.



**Pathfinder® Ultra® Silver 6032™ Printer**
The Paxar Pathfinder Ultra *Silver* 6032 enhances



**PAXAR**
105 Corporate Park Dr.
White Plains, NY 10604
888-44PAXAR (888-447-2927)
© 2002 PAXAR
all rights reserved.

- Testimonial
- Saks
- Cintas
- Ultra Gold

productivity by combining a keyboard, optional scanner, and label printer in a unique "Print and Apply" design.

**Pathfinder® Ultra® Gold 6037™ Printer**
The Paxar™ Pathfinder® Ultra® *Gold* 6037™ Printer is a multi-function workhorse designed to increase productivity throughout the retail supply chain.

**Paxar® Sierra Sport™ 2 9460™ Portable Re-ticketing Printer**
Take the Paxar Sierra Sport2 to products on the sales floor and increase employee productivity.

**Sierra Sport 3R™**
Lightweight and robust for your 3" receipt printing needs, the Sierra Sport 3R is the perfect solution for line-busting and portable point-of-sale.

**7400™ RF Link**
Eliminates cables, sends and receives signals form your data collector to your Renegade 4 over a 3-meter foot range.

**Renegade® 4 9490™ Printer**
Built to withstand rough industrial environments, this shock-resistant printer can move from your manufacturing site to your distribution center safely and easily.



**9403® Multi-mode Bar Code Printer**
An affordable, tabletop tag and label printer that is fast

enough for in-store item marking and shelf labeling and robust enough for the manufacturing floor.



**9414™ Tabletop Re-ticketing Printer**
This high-value printer is versatile and durable with a small footprint that fits in anywhere.



**CheckOut HandiPrint™ 6017™ Printer**
Check out customers with this palm-sized printer. The Checkout HandiPrint is a roving sales register.



