



# Bar Code
**Paxar® Sierra Sport™ 2 9460™ Portable Re-ticketing Printer**

Take the Paxar Sierra Sport2 to products on the sales floor and increase employee productivity.



- Bar Code
- Graphics
- Printed Labels
- Product Labeler
- Apparel System
- Woven Lab
- Virtual Literature Ra
- Rapid Respon
- Security Solution

### 9825™ Tabletop Bar Code Printer
Move merchandise more quickly and accurately through the supply chain



**PAXAR**
105 Corporate Park Dr.
White Plains, NY 10604
888-44PAXAR (888-447-2927)
© 2003 PAXAR
all rights reserved.

It makes short work of re-ticketing and gives staff more time to help customers that enhances your service image. Using integrated data for on the spot labeling reduces errors and saves time on redos. The long-lasting lithium ion battery maximizes productivity. The Paxar Sierra Sport2 generates crisp bar codes, alpha-numerics and graphics wherever you need printed labels and tags. It makes short work of in-store re-ticketing jobs such as markdowns, returns, exchanges, and store transfers.

Taking the printer to the product maximizes employee productivity and customer satisfaction on the sales floor, reduces errors at checkout and saves capital investment on back room printers.

The Paxar Sierra Sport2 printer can be carried with complete comfort by hand, waist or shoulder straps. Versatile power options include rechargeable lithium ion battery, AC adapter, and RF link option for wireless connection.

**Applications:**

- Retail Pricemarking and Shelf Labeling
- Industrial Product ID and Bin Marking

**Features:**

- Portable 2.0" (51 mm) wide printing solution.
- Easiest to use
- Rugged design includes protective boot and feet.
- Prints crisp bar codes - all popular symbologies - and human-readable data.
- Fast 3" per second print speed.
- Large flash memory for fonts and graphics.

### Paxar® 9855™ Table Top Bar Code Printer
Value. Speed. Durability. Connectivity. Find out more on this new printer.



### 9860™ Bar Code Ticketing System
Increase productivity and save money with your tag production system. There is more with this lastest printer.



### 9876™ Mobile Work Station
Paxar's Mobile Printing Solutions...the Industry's Premier Integrated Solution for Bringing the Printing to the Product

### In-line Printer Applicator
Perfect for continuous print-apply bar code labeling, this durable printer-applicator is designed for speed, accuracy and variable height requirements.



### Pathfinder® Ultra® Silver 6032™ Printer
The Paxar Pathfinder Ultra *Silver* 6032 enhances



- Drop-in loading.
- Multi-line LCD display for messages
- Wireless (no cable) options.
- Super long battery life due to new technology.

productivity by combining a keyboard, optional scanner, and label printer in a unique "Print and Apply" design.

### Specifications

| Standard Features | |
|---|---|
| Dimensions: | Height 5.8" (147 mm) Width 3.6" (91 mm) Depth 4.8" (122 mm) Weight 1.6 lb. (.73 kg) |
| Printhead: | 1.89" (48 mm/384dots) 203 dots/inch (8 dots/mm) |
| Memory: | 512 K RAM 1MB Flash |
| Display: | Multi-line graphical LCD with backlight |
| Operator Interface: | On/Off, Feed, and three context-sensitive keys |
| Buffers Available: | Transmit, Receive, Image, Internal, Format, Downloadable Fonts and Scalable Fonts |
| Print Ratio: | 30% black maximum per square inch. |
| Standard Fonts: | Standard, Reduced, Bold, OCRA-like, EFF Swiss Bold*, HR1, and HR2 (HR1 and HR2 are only for numeric data) *Also available as a scalable font. The printer supports Bitmapped, TrueType™, and International fonts. |
| Magnification available for all fonts: | 1x-7x for bitmapped fonts 4 - 250 point for TrueType™ and scalable fonts |
| Bar Code Symbologies Available: | - UPC/EAN - Extended Code 39 - Code 93 - I 2 of 5 - Code 128 - Codabar - MSI - PDF417 - POSTNET - MaxiCode |

*For the complete Product Specifications, click here!

**Pathfinder® Ultra® Gold 6037™ Printer**
The Paxar™ Pathfinder® Ultra® *Gold* 6037™ Printer is a multi-function workhorse designed to increase productivity throughout the retail supply chain.

**Paxar® Sierra Sport™ 2 9460™ Portable Re-ticketing Printer**
Take the Paxar Sierra Sport2 to products on the sales floor and increase employee productivity.

**Sierra Sport 3R™**
Lightweight and robust for your 3" receipt printing needs, the Sierra Sport 3R is the perfect solution for line-busting and portable point-of-sale.

**7400™ RF Link**
Eliminates cables, sends and receives signals form your data collector to your Renegade 4 over a 3-meter foot range.

**Renegade® 4 9490™ Printer**
Built to withstand rough industrial environments, this shock-resistant printer can move from your manufacturing site to your distribution center safely and easily.

**9403® Multi-mode Bar Code Printer**
An affordable, tabletop tag and label printer that is fast



enough for in-store item marking and shelf labeling and robust enough for the manufacturing floor.



**9414™ Tabletop Re-ticketing Printer**
This high-value printer is versatile and durable with a small footprint that fits in anywhere.



**CheckOut HandiPrint™ 6017™ Printer**
Check out customers with this palm-sized printer. The Checkout HandiPrint is a roving sales register.



