



**PAXAR Global Locations**
**New England Regional Sales**

Paxar North America
15R Mechanic Street
Foxboro, MA  02035

USA

**Phone:** 508.698.2600
**Fax:** 508.698.9292









Click a listing ite

**Canada Headqu**

**Caribbean/Lati**

**Central Region**

**New England R**

**Northeast Regi**

**Northwest Reg**

**Southeast Regi**

**Southern Regio**

**Worldwide Hea**

**Southwest Reg**




PAXAR
105 Corporate Park Dr.
White Plains, NY 10604
888-44PAXAR (888-447-2927)
914.697.6800 V
914.697.6894 F
© 2002 PAXAR
all rights reserved.





