IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PAXAR AMERICAS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:03-CV-00417-WHR |
| | ) | |
| ZIH CORP. | ) | Judge Walter H. Rice |
| Defendant. | ) | |

### DECLARATION OF STEVEN W. HANTELMAN

I, Steven W. Hantelman, declare as follows:

1. I have personal knowledge of the following facts and if called as a witness would testify competently thereto.

2. I am presently the President of ZIH Corp. ("ZIH") and I have held this position since 2000.

3. ZIH is incorporated in and under the laws of the state of Delaware.

4. ZIH's principal place of business is in Hamilton, Bermuda.

5. ZIH does not transact any business in the state of Ohio.

6. ZIH has no contracts to supply services or goods in Ohio.

7. ZIH does not sell or advertise any products or services in Ohio.

8. ZIH does not have any offices or facilities in Ohio.

9. ZIH does not solicit business in Ohio.

10. ZIH does not have an interest in, use, or possess any real property in Ohio.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 10 December 2003

_Steven W. Hantelman_ (signature)
Steven W. Hantelman

2722690_1