UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN 12  P 3: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| ZIH CORP., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| PAXAR CORPORATION | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

CA No. 03-CV-12358-DPW
(Alexander, M.J.)

## NOTICE OF APPEARANCE FOR STEVEN J. HAMPTON, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the Defendant, Paxar Corporation, in the above-captioned case.

Dated: January 5, 2004

Steven J. Hampton, IL Bar # 6192738
McANDREWS, HELD & MALLOY
500 West Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
Email: shampton@mhmlaw.com


Lee Carl Bromberg, BBO# 058480
Erik Paul Belt, BBO# 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: ebelt@bromsun.com

## CERTIFICATE OF SERVICE

I certify that, on January /2 2004, I served a true copy of the foregoing document by hand delivery on counsel of record for each other party.

Erik Paul Belt

02864/00501  287485.1