UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIH CORP., <br><br> Plaintiff, <br><br> v. <br><br> PAXAR CORPORATION <br><br> Defendant. | CA No. 03-CV-12358-DPW <br> (Alexander, M.J.) |

## NOTICE OF APPEARANCE FOR SANDRA A. FRANTZEN, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the Defendant, Paxar Corporation, in the above-captioned case.

Dated: January 5, 2004

*/s/ Sandra A. Frantzen*

Sandra A. Frantzen, IL Bar # 6289767
McANDREWS, HELD & MALLOY
500 West Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
Email: sfrantzen@mhmlaw.com

Lee Carl Bromberg, BBO# 058480
Erik Paul Belt, BBO# 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: ebelt@bromsun.com

## CERTIFICATE OF SERVICE

I certify that, on January 12, 2004, I served a true copy of the foregoing document by hand delivery on counsel of record for each other party.

_____
Erik Paul Belt

02864/00501  287486.1