UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ZIH CORP.,        )
                  )
     Plaintiff,   )    CA No. 03-CV-12358-DPW
                  )    (Alexander, M.J.)
     v.           )
                  )
PAXAR CORPORATION )
                  )
     Defendant.   )

FILED
[stamp] 2004 JAN 12 P 3: 25
U.S. DISTRICT COURT
DISTRICT OF MASS

## NOTICE OF APPEARANCE FOR JEAN M. DUDEK, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the Defendant, Paxar Corporation, in the above-captioned case.

Dated: January 5, 2004

/s/ Jean M. Dudek
Jean M. Dudek, IL Bar # 3127060
McANDREWS, HELD & MALLOY
500 West Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
Email: jkuelper@mhmlaw.com


Lee Carl Bromberg, BBO# 058480
Erik Paul Belt, BBO# 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: ebelt@bromsun.com

2

## CERTIFICATE OF SERVICE

I certify that, on January 12, 2004, I served a true copy of the foregoing document by hand delivery on counsel of record for each other party.

_____
Erik Paul Belt

02864/00501 287478.1