IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIH Corp., <br><br> Plaintiff, <br><br> v. <br><br> PAXAR Corporation, <br><br> Defendant. | Civil Action No. 03CV12358DPW <br><br> Douglas P. Woodlock <br> United States District Judge |

**DEFENDANT PAXAR CORP.'S CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), Defendant Paxar Corporation and its counsel certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Date: January 19, 2004

Respectfully Submitted,

_____
Jean Dudek Kuelper
Steven J. Hampton
Sandra A. Frantzen
McANDREWS, HELD & MALLOY, LTD.
500 W. Madison Street, 34th Floor
Chicago, IL 60661
312-775-8000

Erik P. Belt
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618
617-443-9292
ATTORNEYS FOR PAXAR CORP.

_____
Robert S. Stone
Vice President and General Counsel
Paxar Corporation
105 Corporate Park Drive
White Plains, NY 10604-3814

*Exhibit A*

## Plaintiff's Local Rule 16.1(D)(3) Certification:

Plaintiff ZIH Corp. and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative course – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

ZIH Corp. by:                                    Testa, Hurwitz & Thibeault, LLP, by:

_____                  _____
Steven W. Hantelman                              William A. Meunier
President

3006483_1

# EXHIBIT B