# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **MASSACHUSETTS** | | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,765 | 3,276 | 3,651 | 3,770 | 3,626 | 3,881 | | |
| | Terminations | | 3,565 | 3,470 | 3,501 | 3,842 | 3,414 | 3,801 | | |
| | Pending | | 4,300 | 4,126 | 4,275 | 4,117 | 4,231 | 3,946 | | |
| | % Change in Total Filings | Over Last Year | 14.9 | | | | | | 28 | 2 |
| | | Over Earlier Years | | | 3.1 | -.1 | 3.8 | -3.0 | 69 | 3 |
| | Number of Judgeships | | 13 | 13 | 13 | 13 | 13 | 13 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 289 | 252 | 281 | 290 | 279 | 299 | 82 | 2 |
| | | Civil | 243 | 222 | 249 | 258 | 251 | 272 | 78 | 2 |
| | | Criminal Felony | 38 | 30 | 32 | 32 | 28 | 27 | 84 | 5 |
| | | Supervised Release Hearings** | 8 | - | - | - | - | - | 74 | 4 |
| | Pending Cases | | 331 | 317 | 329 | 317 | 325 | 304 | 69 | 2 |
| | Weighted Filings** | | 321 | 295 | 326 | 318 | 326 | 327 | 83 | 2 |
| | Terminations | | 274 | 267 | 269 | 296 | 263 | 292 | 84 | 2 |
| | Trials Completed | | 15 | 12 | 13 | 14 | 15 | 21 | 64 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 13.4 | 13.2 | 12.6 | 12.4 | 11.3 | 9.8 | 92 | 4 |
| | | Civil** | 11.5 | 10.2 | 10.2 | 10.9 | 9.8 | 9.0 | 86 | 5 |
| | From Filing to Trial** (Civil Only) | | 25.5 | 23.8 | 26.4 | 23.0 | 23.7 | 23.3 | 64 | 4 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 229 | 275 | 260 | 160 | 264 | 202 | | |
| | | Percentage | 6.3 | 7.7 | 7.0 | 4.4 | 7.0 | 5.7 | 71 | 4 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.6 | 1.5 | 1.7 | 1.7 | 1.8 | | |
| | Jurors | Avg. Present for Jury Selection | 46.26 | 51.51 | 44.40 | 41.94 | 39.13 | 33.39 | | |
| | | Percent Not Selected or Challenged | 23.2 | 26.2 | 14.8 | 15.2 | 14.2 | 13.5 | | |

| 2002 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3164 | 78 | 11 | 361 | 35 | 148 | 230 | 536 | 502 | 201 | 501 | 33 | 528 |
| Criminal* | 496 | 44 | 9 | 69 | 2 | 32 | 118 | ** | 14 | 110 | 3 | 20 | 75 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **OHIO SOUTHERN** | | | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,482 | 3,101 | 3,717 | 3,483 | 3,528 | 3,415 | | |
| | Terminations | | 3,224 | 3,192 | 3,827 | 3,800 | 3,514 | 2,985 | | |
| | Pending | | 3,568 | 3,392 | 3,474 | 3,566 | 3,948 | 3,937 | | |
| | % Change in Total Filings | Over Last Year | | 12.3 | | | | | 32 | 2 |
| | | Over Earlier Years | | | -6.3 | .0 | -1.3 | 2.0 | 55 | 4 |
| Number of Judgeships | | | 8 | 8 | 8 | 8 | 8 | 8 | | |
| Vacant Judgeship Months** | | | 14.6 | .0 | .0 | .0 | 1.3 | 11.6 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 435 | 388 | 465 | 435 | 441 | 427 | 59 | 6 |
| | | Civil | 363 | 347 | 422 | 392 | 390 | 392 | 48 | 5 |
| | | Criminal Felony | 46 | 41 | 43 | 43 | 51 | 35 | 72 | 8 |
| | | Supervised Release Hearings** | 26 | - | - | - | - | - | 20 | 1 |
| | Pending Cases | | 446 | 424 | 434 | 446 | 494 | 492 | 28 | 4 |
| | Weighted Filings** | | 468 | 406 | 425 | 445 | 483 | 440 | 50 | 6 |
| | Terminations | | 403 | 399 | 478 | 475 | 439 | 373 | 59 | 5 |
| | Trials Completed | | 16 | 11 | 13 | 17 | 22 | 16 | 61 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 7.7 | 7.2 | 7.2 | 7.8 | 6.5 | 7.9 | 48 | 4 |
| | | Civil** | 11.3 | 11.4 | 12.9 | 14.6 | 11.0 | 10.9 | 83 | 8 |
| | From Filing to Trial** (Civil Only) | | 23.0 | 25.7 | 26.0 | 22.0 | 26.6 | 27.0 | 52 | 4 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 206 | 244 | 205 | 185 | 338 | 176 | | |
| | | Percentage | 6.4 | 7.9 | 6.4 | 5.6 | 9.3 | 4.7 | 72 | 8 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.4 | 1.4 | 1.5 | 1.8 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 38.70 | 32.86 | 36.80 | 34.55 | 31.16 | 45.67 | | |
| | | Percent Not Selected or Challenged | 33.4 | 33.8 | 30.5 | 32.4 | 33.0 | 37.3 | | |

| 2002 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2905 | 309 | 20 | 404 | 64 | 24 | 329 | 405 | 306 | 90 | 740 | 8 | 206 |
| Criminal* | 366 | 5 | 22 | 54 | 1 | 25 | 100 | ** | 18 | 76 | 1 | 21 | 43 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."