# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIH Corp., <br><br> Plaintiff, <br><br> v. <br><br> Paxar Corporation, <br><br> Defendant. | C.A. No.: 1:03-cv-12358-DPW |

## ZIH CORP.'s CORPORATE DISCLOSURE STATEMENT PER LR 7.3

Plaintiff ZIH Corp. states the following:

- ZIH Corp.'s parent is Zebra Technologies Corporation.

- There is no other publicly held company that owns 10% or more of ZIH Corp.'s stock.

Dated:   March 16, 2004                    Respectfully submitted,


/s/ Brian M. Gaff
Douglas J. Kline, BBO# 556680
Christopher W. Stamos, BBO# 633645
Brian M. Gaff, BBO# 642297
William A. Meunier (pro hac vice)

Testa, Hurwitz & Thibeault, LLP
High Street Tower
125 High Street
Boston, MA 02110-2704
Phone: (617) 248-7000
Fax: (617) 248-7100
Attorneys for Plaintiff ZIH Corp.

*(Filed electronically – Certificate of Service not required.)*

3038526