UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIH Corp., <br><br> Plaintiff, <br><br> v. <br><br> Paxar Corporation, <br><br> Defendant. | C.A. No.: 1:03-cv-12358-DPW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws his appearance as attorney for Plaintiff ZIH Corp. in the above-captioned case. The law firm of Testa, Hurwitz & Thibeault, LLP is no longer counsel of record for ZIH Corp. This case has been transferred to the law firm of Goodwin Procter, LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109. Douglas J. Kline, Christopher W. Stamos and William A. Meunier will remain counsel of record. Counselors' new telephone number is (617) 570-1000 and the facsimile number is (617) 523-1231. Mr. Kline's new e-mail address is dkline@goodwinprocter.com; Mr. Stamos' new e-mail address is cstamos@goodwinprocter.com; and Mr. Meunier's new e-mail address is wmeunier@goodwinprocter.com.

Dated:   February 24, 2005            Respectfully submitted,

/s/ Brian M. Gaff
Brian M. Gaff, BBO# 642297

Testa, Hurwitz & Thibeault, LLP
(A Limited Liability Partnership in Dissolution)
High Street Tower
125 High Street
Boston, MA 02110-2704
Phone: (617) 248-7000
Fax: (617) 248-7100
Attorney for Plaintiff ZIH Corp.

*(Filed electronically – Certificate of Service not required.)*
3176476