# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIH Corp.,<br><br>    Plaintiff,<br><br>  v.<br><br>Paxar Corporation,<br><br>    Defendant. | C.A. No.: 1:03-cv-12358-DPW |

## NOTICE OF CHANGE OF ADDRESS

  Please take notice that Douglas J. Kline, Esq., Christopher W. Stamos, Esq., and William A. Meunier, Esq., counsel for Plaintiff ZIH Corp., have joined the law firm of Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109.  Counsel's new telephone number is (617) 570-1000 and the facsimile number is (617) 523-1231.  Mr. Kline's new email address is dkline@goodwinprocter.com; Mr. Stamos's new email address is cstamos@goodwinprocter.com; Mr. Meunier's new email address is wmeunier@goodwinprocter.com.

Dated: February 24, 2005      Respectfully submitted,

                /s/ Douglas J. Kline
                Douglas J. Kline, BBO# 556680
                Christopher W. Stamos, BBO# 633645
                William A. Meunier (pro hac vice)
                Goodwin Procter LLP
                Exchange Place
                53 State Street
                Boston, MA 02109
                Phone: (617) 570-1000
                Fax: (617) 523-1231
                Attorneys for Plaintiff ZIH Corp.

*(Filed electronically – Certificate of Service not required.)*

LIBA/1479618.1