UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIH Corp., <br><br> Plaintiff, <br><br> v. <br><br> Paxar Corporation, <br><br> Defendant. | C.A. No.: 1:03-cv-12358-DPW |

## ASSENTED TO MOTION FOR EXTENSION OF TIME

Plaintiff ZIH Corp. hereby moves to extend the time within which it may respond to Defendant's Amended Answer To Complaint, Counterclaims And Jury Demand to and including July 7, 2005. Counsel for defendant Paxar Corporation has assented to this motion.

Dated:   June 30, 2005

Respectfully submitted,

s/ William A. Meunier
Douglas J. Kline, BBO# 556680
Christopher W. Stamos, BBO# 633645
William A. Meunier (pro hac vice)

Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Phone: (617) 570-1000
Fax: (617) 570-1231

Attorneys for Plaintiff ZIH Corp.

LIBA/1562450.1