## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ZIH Corp.,

      Plaintiff,

      v.                         C.A. No.: 1:03-cv-12358-DPW

Paxar Corporation,

      Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff ZIH Corp. ("ZIH") and defendant Paxar Corporation ("Paxar") hereby stipulate to the dismissal with prejudice of ZIH's complaint in this matter. ZIH agrees that it and/or its affiliates will not again assert U.S. Patent Nos. 5,813,343 and 5,860,753 against Paxar, Paxar Americas, Inc. and/or any affiliate thereof with respect to any products made, used, offered for sale or sold in the United States prior to July 7, 2005, whether or not any such activity continues thereafter.

Pursuant to Fed. R. Civ. P. 41(a)(1), counterclaim-plaintiff Paxar and counterclaim-defendant ZIH hereby stipulate to the dismissal without prejudice of Paxar's counterclaims in this matter.

In addition, Paxar Americas, Inc. filed Civil Action No. 3-03-417 in the Southern District of Ohio seeking a declaratory judgment against ZIH and Zebra Technologies Corporation ("the Ohio declaratory judgment action"). The Southern District of Ohio has transferred the Ohio declaratory judgment action to the United States District Court for the District of Massachusetts, which has been docketed as C.A. No. 1:05-cv-11233-DPW. Pursuant to Fed. R. Civ. P. 41(a)(1), Paxar Americas, Inc., ZIH, and Zebra Technologies Corporation hereby stipulate to the dismissal without prejudice of the Ohio declaratory judgment action and shall promptly file a stipulation of dismissal in that action.

The above-identified parties agree that each party will bear is own costs, expenses and

attorneys fees incurred in this case and in the transferred Ohio declaratory judgment action.

IT IS SO ORDERED

This the __11__ day of _July_ 2005.

_____
United States District Court Judge


Dated:   July 7, 2005                                    Respectfully submitted,

s/ Jean Dudek Kuelper                                   s/ Douglas J. Kline
Jean Dudek Kuelper (pro hac vice)                       Douglas J. Kline, BBO# 556680
Steven J. Hampton (pro hac vice)                        Christopher W. Stamos, BBO# 633645
Sandra A. Frantzen (pro hac vice)                       William A. Meunier (pro hac vice)
McAndrews, Held & Malloy Ltd.                           Goodwin Procter LLP
500 W. Madison Street, 34th Floor                       Exchange Place
Chicago, IL 60661                                       53 State Street
(312) 775-8000                                          Boston, MA 02109
                                                        (617) 570-1000
Erik P. Belt
Bromberg & Sunstein LLP                                 Attorneys for ZIH Corp. and
Boston, MA 02110                                        Zebra Technologies Corporation
(617) 443-9292

Attorneys for Paxar Corporation and
Paxar Americas, Inc.


LIBA/1563980.1

2